UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-cv-23824-GAYLES/TURNOFF

JUAN CARLOS GIL,

   Plaintiff,

v.

DUCATI NORTH AMERICA, INC.,

   Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Juan Carlos Gil, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (within forty-five (45) days), the parties will file a Joint Stipulated For Dismissal with this Court.

Respectfully submitted on this 6th day of January, 2017.

   *s/ Scott R. Dinin*
   Scott R. Dinin
   SCOTT R. DININ P.A.
   4200 NW 7th Avenue
   Miami, Florida 33127
   Telephone: (786) 431-1333
   Facsimile: (786) 513-7700
   Email: inbox@dininlaw.com
   *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this this 6th day of January, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Dwayne A Robinson, Esq.
HOGAN LOVELLS US LLP
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
Email: dwayne.robinson@hoganlovells.com, mark.cheskin@hoganlovells.com
*Attorneys for Defendant*

*s/ Scott R. Dinin*

2