UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-23824-GAYLES

JUAN CARLOS GIL,
        Plaintiff,

v.

DUCATI NORTH AMERICA, INC.,
        Defendant.
_____/

**NOTICE OF COURT PRACTICE**
**UPON NOTICE OF SETTLEMENT**

**THIS CAUSE** comes before the Court on Plaintiff Juan Carlos Gil's Notice of Settlement [ECF No. 19], which indicates that the parties have reached an agreement to settle this matter. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal and/or Settlement Agreement, along with any other pertinent document(s) necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of January, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE